In the Matter of the Application of HONOUR B. GELSON, Appellant, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, and as Custodian of the Teachers' Retirement Fund, and the TEACHERS' RETIREMENT BOARD, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.